PROB 12C
(6/16)

Report Date: December 8, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Julio Chavez-Medina         Case Number: 0980 1:18CR02025-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: August 23, 2018

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:    Prison - 30 months;              Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Meghan McCalla                  Date Supervision Commenced: June 26, 2020

Defense Attorney:     Jennifer Rebecca Barnes         Date Supervision Expires: June 25, 2023

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instruction from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Chavez-Medina is considered to be in violation of his supervised release conditions by failing to report to the probation officer on or before December 4, 2020.<br><br>Per COVID-19 procedures, Mr. Chavez-Medina's conditions of supervised release were verbally reviewed with him on June 29, 2020.  He verbally acknowledged an understanding of his conditions, which includes standard condition number 2, as noted above. He was provided with a copy of the signed judgment via email.<br><br>On November 5, 2020, Mr. Chavez-Medina reported to his probation officer via a video call. Mr. Chavez-Medina was instructed to report to his probation officer again on December 4, 2020. |

Prob12C
**Re: Chavez-Medina, Julio**
**December 8, 2020**
**Page 2**

    This officer has made attempts to contact Mr. Chavez-Medina on his reported cellular telephone number with no success. As of the date of this report, no contact has been made with Mr. Chavez-Medina, has failed to report as instructed and his current whereabouts are unknown.

2    **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

    **Supporting Evidence**: Mr. Chavez-Medina is considered to be in violation of his conditions of supervision by failing to follow substance abuse evaluation recommendations as of December 8, 2020.

    Per COVID-19 procedures, Mr. Chavez-Medina's conditions of supervised release were verbally reviewed with him on June 29, 2020. He verbally acknowledged an understanding of his conditions, which includes special condition number 4, as noted above. He was provided with a copy of the signed judgment via email.

    On August 4, 2020, Mr. Chavez-Medina completed a substance abuse evaluation and he was recommended to complete a level 2.1 intensive outpatient treatment program.

    Due to the COVID-19 pandemic, treatment services were only available via video calls such as Zoom. Mr. Chavez-Medina was unable to enter the program due to telephone issues and being incarcerated for a period of time for violating the terms of his Washington State department of corrections (DOC) supervision.

    On November 5, 2020, Mr. Chavez-Medina was instructed to contact Merit Resource Services and follow the treatment recommendations, as in person counseling resumed.

    As of the date of this report, Mr. Chavez-Medina has not followed the recommendations of his substance abuse evaluation.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/08/2020

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Chavez-Medina, Julio**
**December 8, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

December 8, 2020
Date