PROB 12C
(6/16)

Report Date:  April 15, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Julio Chavez-Medina                Case Number: 0980 1:18CR02025-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: August 23, 2018

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Original Sentence: | Prison - 30 months  TSR - 36 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Defense Attorney: | Federal Defenders Office |

Type of Supervision: Supervised Release

Date Supervision Commenced:

Date Supervision Expires: June 25, 2023

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/08/2020.

Per COVID-19 procedures, Mr. Chavez-Medina's conditions of supervised release were verbally reviewed with him on June 29, 2020. He verbally acknowledged an understanding of his conditions, which includes mandatory condition number 1.  He was provided with a copy of the signed judgment via email.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Chavez-Medina is considered to be in violation of his supervised release conditions by being arrested for unlawful possession of a firearm on April 8, 2022, Yakima County Superior Court cause number 22-1-00577-39.

On April 8, 2022, per the Yakima Police Department (YPD) incident report number 22Y010842, officer Laredo was working uniformed patrol in the City of Yakima in Yakima County, driving a marked patrol car. At approximately 1:16 p.m., he received an alert via their license plate reader that a vehicle with a stolen license plate, WA/ BTW6842, was at North 16th and Summitview Avenues.  The vehicle was a blue older car. Officer Laredo was at the intersection of 16th Avenue and Highway 12. He proceeded southbound looking for the vehicle.

Prob12C
**Re: Chavez-Medina, Julio**
**April 15, 2022**
**Page 2**

Officer Laredo pulled into 1610 West. Lincoln Avenue, a Safeway parking lot to see if the vehicle stopped there. He located the vehicle parked in the parking lot unoccupied. The front license plate was different than the rear and read WA/ASY0872. He requested more officers, set up across the street and watched the vehicle with binoculars. At approximately 1:45 p.m. officer Laredo saw a Hispanic male with a black hat and gray clothing, accompanied by a Hispanic female push a shopping cart up next to the car. He alerted the other officers who quickly closed in on the vehicle. Sergeant Wisner approached from the South, officer Imbery approached from the northeast, and Sergeant Shephard approached from the northwest.

Officer Laredo crossed the street and began to join the other officers when he saw the Hispanic male, later identified as Julio A. Chavez (01/28/99) slowly begin to walk away from officers eastbound with his hands up. Mr. Chavez then took off at full sprint eastbound through the parking lot with the officers closely behind. Sergeant Shephard stayed back with the car and the female.

Officer Laredo heard Sergeant Shephard advise that Mr. Chavez dropped a firearm and was still eastbound. Officer Laredo drove around to 16th Avenue from Lincoln Avenue to cut Mr. Chavez off. It should be noted officer Laredo's fully marked patrol vehicle emergency lights were on at this point. Mr. Chavez ran across the street in front of the patrol vehicle and jumped the fence into Milroy Park. As Mr. Chavez got up and began to run, officer Laredo activated his taser and targeted his back. He deployed his taser but was unsuccessful as Mr. Chavez kept running. Officer Ayon was just North of him and began to chase Mr. Chavez. Officers took Mr. Chavez into custody in the park.

The officers quickly searched Mr. Chavez as they knew he had dropped a firearm. Officer Laredo located a brown wallet in Mr. Chavez' left pants pocket and a cell phone. The wallet contained several other male's Washington State identifications (IDs). One ID was to Edgardo D. Mendoza (02/24/99) and the other to Roberto C. Ochoa (01/20/99). Officer Laredo assisted in walking Mr. Chavez back to officer Zesbaugh's patrol vehicle. He was searched in front of the coban camera. Mr. Chavez refused to identify himself. He was placed into officer Zesbaugh's patrol vehicle and taken back to the scene. Initially it was believed Mr. Chavez was Edgardo Mendoza but after officer Laredo reviewed department of licensing (DOL) photos, he quickly realized they were different people.

Officer Imbery recovered the firearm, which was a Springfield XDS .45 caliber, serial number XS655288. The firearm was loaded with a bullet in the chamber ready to fire.

Officer Imbery and Sergeant Wisner both saw the firearm drop from Mr. Chavez' person while running.

Officer Sanchez located a witness, CW, who saw the firearm drop from Mr. Chavez when he was running from the officers in the parking lot. Officer Imbery informed officer Laredo that prior to Mr. Chavez fleeing, he told him he was not free to leave and identified himself.

A criminal history check showed Mr. Chavez is a convicted felon. He has been convicted three times for unlawful possession of a firearm. Mr. Chavez had a U.S. Marshals Service warrant for possession of a firearm.

Prob12C
**Re: Chavez-Medina, Julio**
**April 15, 2022**
**Page 3**

Officer Zesbaugh transported Mr. Chavez to YPD and placed him in a holding cell. Officer Imbery advised the firearm did not show stolen and the owner sold it several years prior. Officer Zesbaugh tagged the firearm for safekeeping.

Officer Laredo completed a significant incident report (SIR) requesting charges for Mr. Chavez for second degree unlawful possession of a firearm for having the firearm, obstruction for running from the officers after being told he was not free to leave, and third degree possession of stolen property for having two stolen license plates.

Officer Dunmore transported Mr. Chavez to the Yakima County Jail where he was booked.

On April 11, 2022, a preliminary appearance was held in Yakima County Superior Court. Probable cause was found and bail was set at $50,000. Mr. Chavez is set to be arraigned on April 25, 2022, for the charge of second degree unlawful possession of a firearm.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___April 15, 2022___

___s/Arturo Santana___

Arturo Santana
U.S. Probation Officer

---

## THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[✓]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[✓]    Defendant to appear before the Magistrate Judge.
[  ]    Other

___Signature of Judicial Officer___

___April 19, 2022___
Date